# MALLON & McCOOL, LLC
## Attorneys at Law

Joseph T. Mallon, Jr. (MD & DC)
Steven J. McCool (DC & MD)

16 South Calvert Street
Suite 1002
Baltimore, Maryland 21202

Telephone (410) 727-7887
Facsimile (410) 727-4770

**Washington, D.C. Office**
1750 K Street, N.W.
Suite 600
Washington, D.C. 20006
Telephone (202) 393-7088
Facsimile (202) 293-3499

February 14, 2005

The Honorable Marvin J. Garbis
United States District Court for the
District of Maryland
5th Floor, Room 5C
U. S. Court House
101 West Lombard Street
Baltimore, MD 21201

Re:   *Mehrling v. Nationwide Insurance Company, et al.*,
      Civil No. MJG-1:00-2384

Dear Judge Garbis:

Per your request, the purpose of this letter is to keep your Honor apprised of Ms. Mehrling's related administrative claim against Nationwide.

On December 18, 2004, Thomas Paul Raimondi, Associate Deputy Commissioner of the Maryland Insurance Administration, adopted the recommended decision of Administrative Law Judge Wayne A. Brooks dismissing Ms. Mehrling's case as a sanction for discovery violations. On January 12, 2004, Ms. Mehrling appealed this decision to the Circuit Court for Carroll County. On July 19, 2004, the Circuit Court for Carroll County affirmed the Final Order of the Maryland Insurance Administration. On August 3, 2004, Ms. Mehrling, through counsel, filed a notice of her intent to appeal this decision to the Court of Special Appeals of Maryland. Ms. Mehrling is no longer pursing this appeal.

My partner, Steven McCool, spoke with Nationwide's counsel, Patricia Lambert, regarding the status of this matter. The parties respectfully request your Honor to refer this matter to a Magistrate Judge for mediation. Ms. Lambert advised Mr. McCool that her client is available on March 8 and 10, 2005. Ms. Mehrling is available on those dates as well.

Thank you for consideration of our request to refer this case for mediation.

Respectfully submitted,

Joseph T. Mallon, Jr.

cc: Patricia McHugh Lambert, Esquire