UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

March 21, 2005

Steven J. McCool, Esquire
Mallon & McCool LLC
16 S. Calvert Street, Suite 1002
Baltimore, Maryland 21202

Patricia McHugh Lambert, Esquire
Lynn Edwards Brenneman, Esquire
Hodes, Ulman, Pessin & Katz PA
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

Subject:  Barbara E. Mehrling v. Nationwide Ins. Co., et al.
Civil No.  MJG-00-2384

Dear Counsel:

I have received Mr. McCool's letter of March 18, 2005.  Please confirm with my chambers by close of business today that it is appropriate to issue a standard, 30 day, Local Rule 111 Order.

Very truly yours,

/s/

Beth P. Gesner
United States Magistrate Judge