IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARBARA E. MEHRLING | * | |
| Plaintiff | * | |
| | * | |
| v. | | CIVIL NO.: MJG-00-2384 |
| | * | |
| NATIONWIDE INS. CO., et al | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the Plaintiff, Barbara E. Mehrling, and Defendants Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide Life Insurance Company, Nationwide Life and Annuity Insurance Company, Nationwide General Insurance Company, improperly sued under the name Nationwide Insurance Company, and Barbara Moses, by and through their undersigned counsel, and hereby stipulate that this matter is hereby dismissed with prejudice.

| | |
|---|---|
| Steven J. McCool, Bar No. | Patricia McHugh Lambert, Bar No. 02539 |
| Mallon & McCool, LLC | Hodes, Ulman, Pessin & Katz, P.A. |
| 16 S. Calvert Street | 901 Dulaney Valley Road |
| Suite 1002 | Suite 400 |
| Baltimore, Maryland 21202 | Towson, Maryland 21204 |
| (410) 727-7887 | (410) 938-8800 |
| (410) 727-4770 (fax) | (410) 321-7044 (fax) |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED, on Thursday, April 14, 2005.

/s/
_____
Marvin J. Garbis
United States District Judge